IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR UNSEALING OF IN RE GRAND JURY SUBPOENA, GJ 42-67 | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., Cable News Network, Inc., CBS Broadcasting, Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Fox News Network, LLC, USA TODAY, a publication operated by subsidiaries of Gannett Co., Inc., Gray Media Group, Inc., Insider, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, The New York Times Company, POLITICO LLC, Radio Television Digital News Association, TEGNA Inc., Univision Networks & Studios, Inc., and WP Company LLC d/b/a The Washington Post, by and through undersigned counsel, respectfully certify that:

**Advance Publications, Inc.** does not have any parent corporation. Nor does any publicly held corporation own more than ten percent of its stock.

**American Broadcasting Companies, Inc. d/b/a ABC News** is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Cable News Network, Inc.**, is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent

company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**CBS Broadcasting Inc.** is a wholly owned subsidiary of Paramount Global, a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global.  Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on February 14, 2023.

**Dow Jones & Company, Inc.** ("Dow Jones"), publisher of the Wall Street Journal, is an indirect subsidiary of News Corporation, a publicly held company.  Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones.  News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC.  No publicly traded corporation currently owns 10% or more of the stock of Dow Jones.

**The E.W. Scripps Company** is a publicly traded company with no parent company.  No individual stockholder owns more than 10% of its stock.

**Fox News Network, LLC** is directly, wholly-owned by Fox Television Stations, LLC, which is directly, wholly-owned by Fox Television Holdings, LLC, which is directly, wholly-owned by Foxcorp Holdings LLC, which is directly, wholly-owned by Fox Corporation, which is the ultimate parent and is publicly held.  No publicly held corporation other than Fox Corporation owns ten percent or more of Fox News Network, LLC.

**Gannett Co., Inc**. is a publicly traded company (NYSE: GCI).  BlackRock Inc., also a publicly traded entity, owns more than a ten percent interest in Gannett Co., Inc.

**Insider, Inc.** is owned by Axel Springer Digital Ventures GmbH, which is owned by Axel Springer SE.  There are no publicly held corporations that own more than 10% of its stock.

**Gray Media Group, Inc.** is held entirely by Gray Television, Inc., a publicly held corporation.  No entity holds 10% or more of the equity in Gray Television, Inc.

**Los Angeles Times Communications LLC** is a wholly-owned subsidiary of NantMedia Holdings, LLC, which is a privately held company. No company with a 10% or greater ownership share in NantMedia Holdings, LLC is publicly traded.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**POLITICO LLC** is wholly owned by POLITICO Media Group LLC which is, in turn, wholly owned by Axel Springer SE, and no publicly held corporation owns 10% or more of its stock.

**Radio Television Digital News Association** is a nonprofit organization that has no parent company and issues no stock.

**Tegna, Inc.** has no parent corporation.  No publicly held corporation owns 10% or more of Tegna, Inc.'s stock.

**Univision Networks & Studios, Inc.** is a wholly-owned subsidiary of Univision Communications Inc. (UCI), which is a privately held corporation. No publicly held corporation currently owns 10% or more of the stock of UCI. UCI's ultimate parent company is TelevisaUnivision, Inc., and the publicly traded company Grupo Televisa, S.A.B. owns 10% or more of the stock of TelevisaUnivision, Inc.

**WP Company LLC d/b/a The Washington Post** is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  August 29, 2023

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2023, I caused true and correct copies of the foregoing to be served via electronic mail and U.S. Mail on the following:

James I. Pearce
J.P. Cooney
Raymond N. Hulser
Cecil W. VanDevender
John M Pellettieri
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Room B-206
Washington, DC 20530

Elizabeth J. Shapiro
Leslie Cooper Vigen
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

*Counsel for the United States*


Stanley E. Woodward
Stan M. Brand
Brand Woodward Law, LP
400 Fifth Street, Northwest Suite 300
Washington, DC 20001
stanley@brandwoodwardlaw.com

*Counsel for Trump Employee 4*

                                              /s/ *Charles D. Tobin*
                                              Charles D. Tobin (#455593)