\* <u>**THIS PAGE LEFT INTENTIONALLY BLANK**</u> \*

<u>**SEALED MATTER ENCLOSED**</u>

<u>**AUTHORIZED PERSONS ONLY**</u>

```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2

3    IN RE:                              Grand Jury
     GRAND JURY SUBPOENA                 No. 23-GJ-00046 (JEB)
     GJ42-67
4

5    UNITED STATES OF AMERICA,           July 5, 2023
            Interested Party,
                                         Washington, D.C.
6    ▚Trump Employee 4▚
            Interested Party,
7
     WALTINE NAUTA,
8           Interested Party..
     -------------------------------------------------------------
9                        SEALED PROCEEDING
              BEFORE THE HONORABLE JAMES E. BOASBERG
10           UNITED STATES DISTRICT COURT CHIEF JUDGE

11   APPEARANCES:

12   FOR THE UNITED STATES:      John Pellettieri, Esquire
                                 Anne McNamara, Esquire
13                               Michael Thakur, Esquire
                                 Special Counsel's Office
14                               950 Pennsylvania Avenue Northwest
                                 Room B-206
15                               Washington, D.C.20530

16   FOR ▚Trump Employee 4▚      Stanley E. Woodward, Esquire
     and WALTINE NAUTA:          Brand Woodward Law, LP
17                               400 Fifth Street Northwest
                                 Washington, D.C. 20001
18
        ▚For Trump Employee 4▚      ▚First Assistant Federal Public Defender▚ Esquire
19                               ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚
                                 ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚
20                               ▚▚▚▚▚▚
                                 ▚▚▚▚▚▚▚▚▚▚▚▚▚▚
21
     REPORTED BY:                Tammy Nestor, RMR, CRR
22                               Official Court Reporter
                                 333 Constitution Avenue Northwest
23                               Washington, D.C. 20001
                                 ▚▚▚▚▚▚▚▚▚▚▚▚▚
24

25
```

```
 1    The following proceedings began at 11:31 a.m.:

 2             THE COURTROOM DEPUTY:  We are here today for a motion

 3    hearing In Re: Grand Jury Subpoena GJ42-67, Interested Party,

 4    the United States of America, Case 23-GJ-46.

 5             Beginning with the government, please state your name

 6    for the record.

 7             MR. PELLETTIERI:  Good morning, Your Honor.  John

 8    Pellettieri for the United States.  And also present is Anne

 9    McNamara and Michael Thakur.

10             THE COURTROOM DEPUTY:  Thank you.  Welcome to you

11    folks.

12             MR. WOODWARD:  Good morning, Your Honor.  Stanley

13    Woodward, and for now I'm with [Trump Employee 4]

14             THE COURT:  Thank you, Mr. Woodward.

15             [Trump Employee 4] can you see and hear me okay?

16             [Trump Employee 4]   Yes, Your Honor.

17             THE COURT:  Good morning.

18             And then [First Assistant Federal Public Defender]

19    [First Assistant Federal Public Defender] Good morning, Your Honor. [First Assistant Federal Public Defender]

20    [        ] also here on behalf of [Trump Employee 4]

21             THE COURT:  Great.  Thanks so much.

22             All right.  So we continued this to permit

                                              [First Assistant Federal Public Defender]
23    [Trump Employee 4] to have further discussions with [        ] and

24    for [        ] to consider how he wished to proceed.

             [First Assistant Federal Public Defender]
25             So, [            ] do you want to give me an update on
```

1   what's transpired since we last were together?

2   First Assistant Federal Public Defender  Yes, Your Honor.  Trump Employee 4  has

3   indicated that he would like the Court to appoint counsel.  And

4   in particular, he has asked if the Court would appoint me to

5   represent him solely for the purposes of this grand jury

6   appearance.  And while it normally would require us to go

7   through the process of providing a financial affidavit and

8   everything else, because this is such a short proceeding, it is

9   not expected to drag on, we would ask that the Court simply

10  appoint me to represent him.

11          THE COURT:  Okay.  Trump Employee 4  is it your desire that

12  I appoint First Assistant Federal Public Defender  to represent you in this matter?

13          Trump Employee 4   Yes, Your Honor.

14          THE COURT:  Okay.  Mr. Woodward, any reason that you

15  can think of that I shouldn't go ahead and do that?

16          MR. WOODWARD:  No, sir.  In our view, Trump Employee 4  is

17  marrying up, if you will.

18          THE COURT:  Well, I don't want to comment.  I will say

19  only that First Assistant Federal Public Defender  is an excellent lawyer, but I will not

20  cast any aspersions on you that you haven't cast upon yourself.

21          Mr. Pellettieri, any reason I shouldn't so proceed?

22          MR. PELLETTIERI:  None, Your Honor.

23          THE COURT:  I hereby appoint First Assistant Federal Public Defender  to represent

24  Trump Employee 4  in this grand jury matter.  If this proceeds beyond

25  a grand jury matter, then we will -- I think I will require

```
 1    some financial analysis, [Trump Employee 4] to make sure you qualify

 2    for court-appointed counsel.

 3            But I will appoint [First Assistant Federal Public Defender]  And I think that

 4    concludes this matter, which was only for a conflicts hearing.

 5            Mr. Pellettieri, anything else that we need to address

 6    in this particular matter?

 7            MR. PELLETTIERI:  No, Your Honor.  We agree that

 8    resolves all outstanding matters in the motion we filed.

 9            THE COURT:  Thank you, everybody.  Appreciate your

10    availability, particularly on such short notice on Friday.

11            And, [First Assistant Federal Public Defender] if there is any paperwork that you

12    require my signature on, let me know, but I think this oral

13    order should suffice.

14            [First Assistant Federal Public Defender]  That's correct, Your Honor.

15            THE COURT:  Okay.  Thanks, everyone.

16            (The hearing concluded at 11:35 a.m.)

17                                   - - -

18

19

20

21

22

23

24

25
```

```
 1                    C E R T I F I C A T E

 2

 3          I hereby certify that the foregoing is an

 4   accurate transcription of the proceedings in the

 5   above-entitled matter.

 6

 7

 8   8/29/23                   s/ Tammy Nestor
                               Tammy Nestor, RMR, CRR
 9                             Official Court Reporter
                               333 Constitution Avenue NW
10                             Washington, D.C. 20001
                               ████████████████████████
11   Type text here

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```