UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA

Case No. 23-GJ-46

<u>Under Seal and Ex Parte</u>

GOVERNMENT'S MOTION FOR DISCLOSURE OF THE DOCKET SHEET

On August 29, 2023, a coalition of media organizations filed an application for access to certain records in this matter, including "the docket listing all filings in the matter." Press Application, ECF No. 1, *In re Press Application for Unsealing of In re Grand Jury Subpoena, GJ 42-67*, 23-mc-86 (D.D.C.) (filed Aug. 29, 2023). In order to determine its position on the media coalition's application, the government hereby moves for access to the docket sheet in this matter.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/ *John M. Pellettieri*
John M. Pellettieri
Assistant Special Counsel
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

September 14, 2023