CLOSED,SC2,Sealed_Case

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:23−gj−00046−JEB *SEALED*
#### Internal Use Only

| | |
|---|---|
| GRAND JURY SUBPOENA GJ 42−67<br>Assigned to: Chief Judge James E. Boasberg<br>Cause: Civil Miscellaneous Case | Date Filed: 06/27/2023<br>Date Terminated: 07/05/2023 |

**In Re**

**GRAND JURY SUBPOENA GJ 42−67**

**Interested Party**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Cecil Woods VanDevender**<br>DOJ−USAO<br>Special Counsel's Office<br>Department of Justice<br>950 Pennsylvania Avenue NW, Room B−206<br>Washington, DC 20530<br>Email: ▉▉▉<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Pearce**<br>U.S. DEPARTMENT OF JUSTICE<br>CRIMINAL DIVISION APPELLATE SECTION<br>Department of Justice, Criminal Division<br>950 Pennsylvania Ave NW<br>Suite 1250<br>Washington, DC 20530<br>▉▉▉<br>Fax: ▉▉▉<br>Email: ▉▉▉<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Pellettieri**<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Rm. B−206<br>Washington, DC 20530<br>Email: ▉▉▉<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| ▉▉▉ | represented by | **Stanley McKennett Brand**<br>BRAND WOODWARD LAW<br>3 Pebble Ridge Court<br>Rockville, MD 20854<br>202−258−6597<br>Email: stanleymbrand@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stanley Edmund Woodward , Jr.**<br>BRAND WOODWARD LAW, LP |

400 Fifth Street, Northwest  
Washington, DC 20001  
202−996−7447  
Fax: 202−996−0113  
Email: stanley@brandwoodwardlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Interested Party**

**WALTINE NAUTA** represented by **Stanley Edmund Woodward , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2023 | | *SEALED* (Ex Parte) MINUTE ORDER GRANTING 12 Motion for Disclosure of Docket Sheet. SO ORDERED by Chief Judge James E. Boasberg on 9/15/2023. Counsel has been notified electronically. (zlsj) (Entered: 09/15/2023) |
| 09/14/2023 | 12 | *SEALED* (Ex Parte) MOTION for Disclosure of Docket Sheet by UNITED STATES OF AMERICA. (zhsj) (Entered: 09/14/2023) |
| 08/30/2023 | 11 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 7/5/2023; Page Numbers: 1−6. Date of Issuance:8/29/2023. Court Reporter/Transcriber Tammy Nestor, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zstd) (Entered: 08/30/2023) |
| 08/30/2023 | 10 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 6/30/2023; Page Numbers: 1−9. Date of Issuance:8/29/2023. Court Reporter/Transcriber Tammy Nestor, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zstd) (Entered: 08/30/2023) |
| 08/28/2023 | | MINUTE ORDER: The Court ORDERS that: 1) Defendant Nauta's 8 Motion for Disclosure is GRANTED; and 2) Any party may make a public filing in the Florida case of record materials related to the conflicts hearing in this matter with redactions to |

| | | |
|---|---|---|
| | | name. So ORDERED, by Chief Judge James E. Boasberg on 8/28/2023. Counsel has been notified electronically.(znbn) (Entered: 08/28/2023) |
| 08/25/2023 | 9 | RESPONSE re 8 MOTION for Disclosure filed by UNITED STATES OF AMERICA. (Attachments: # 1 A− Motion for Order Authorizing Disclosure, # 2 B− Minute Order, # 3 C− Response to Motion for Conflicts Hearing)(zstd) (Entered: 08/28/2023) |
| 08/25/2023 | 8 | MOTION for Disclosure by WALTINE NAUTA. (zstd) (Entered: 08/25/2023) |
| 08/03/2023 | | (Court only) Motion terminated: 7 MOTION for Disclosure filed by UNITED STATES OF AMERICA. (zlsj) (Entered: 08/03/2023) |
| 07/31/2023 | | MINUTE ORDER: For the reasons stated in the Governments 7 Motion, the Court ORDERS that: 1) The 7 Motion for Order Authorizing Disclosure is GRANTED; and 2) The Government is authorized to disclose to the court in United States v. Donald J. Trump, Waltine Nauta, and Carlos De Oliveira, No. 23−80101 (S.D. Fla.), all information related to the conflicts hearing conducted by this Court on June 30 and July 5, 2023. So ORDERED by Chief Judge James E. Boasberg on 7/31/2023. Counsel has been notified electronically. (zlsj) (Entered: 07/31/2023) |
| 07/30/2023 | 7 | (Ex Parte) MOTION for Order Authorizing Disclosure by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order Authorizing Disclosure)(zstd) (Entered: 07/31/2023) |
| 07/05/2023 | | (Court only) ***Civil Case Terminated. (znbn) (Entered: 07/05/2023) |
| 07/05/2023 | | Minute Entry for proceedings held via before Chief Judge James E. Boasberg: Motion Hearing held on 7/5/2023 re 2 MOTION for Hearing filed by UNITED STATES OF AMERICA. (Court Reporter Tammy Nestor) (znbn) (Entered: 07/05/2023) |
| 06/30/2023 | 6 | RESPONSE re 2 MOTION for Conflicts Hearing filed by (Entered: 07/03/2023) |
| 06/30/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 6/30/2023 re 2 MOTION for Hearing filed by UNITED STATES OF AMERICA. Motion Hearing continued to 7/5/2023 at 11:30 AM in Telephonic/VTC before Chief Judge James E. Boasberg. (Court Reporter Tammy Nestor) (znbn) (Entered: 06/30/2023) |
| 06/30/2023 | | (Ex Parte) MINUTE ORDER: The Court ORDERS that: 1) The 5 Motion for an Order Authorizing Disclosure is GRANTED; 2) The Government may permit conflicts counsel to review a transcript of Governments Ex Parte Motion and this Order are SEALED. So ORDERED, by Chief Judge James E. Boasberg on 6/30/2023. Counsel has been notified electronically.(znbn) (Entered: 06/30/2023) |
| 06/29/2023 | 5 | (Ex Parte) MOTION for an Order Authorizing Disclosure of Grand Jury Material by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 06/30/2023) |
| 06/28/2023 | | MINUTE ORDER : The Court ORDERS that a hearing on the Government's 2 Motion is set for 4 p.m. on June 30, 2023. The parties shall appear in person.. So ORDERED, by Chief Judge James E. Boasberg on 6/28/2023. Counsel has been notified electronically.(znbn) (Entered: 06/28/2023) |
| 06/27/2023 | 4 | ORDER GRANTING 1 (Ex Parte) MOTION for Order Authorizing Disclosure. Signed by Chief Judge James E. Boasberg on 6/27/2023. Counsel has been notified electronically.(znbn) (Entered: 06/27/2023) |
| 06/27/2023 | 3 | (Ex Parte) SUPPLEMENT to re 2 MOTION for Conflicts Hearing filed by UNITED STATES OF AMERICA. (zstd) (Entered: 06/27/2023) |
| 06/27/2023 | 2 | MOTION for a Conflicts Hearing by UNITED STATES OF AMERICA. (zstd) (Entered: 06/27/2023) |
| 06/27/2023 | 1 | (Ex Parte) MOTION for Order Authorizing Disclosure by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd). (Entered: 06/27/2023) |