UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE PRESS APPLICATION FOR UNSEALING OF IN RE GRAND JURY SUBPOENA, GJ 42-67** | Misc. No. 23-86 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that what remains of the [1] Press Application is DENIED.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: November 29, 2023

1